Walter Lee WALTON, Appellant,

Joe Campbell, Plaintiff,

v.

Rick TONEY, Warden, Varner Super Max, ADC; Ray Hobbs, Deputy Chief Director, Arkansas Department of Correction; J.T. Banks, Assistant Warden, Varner Super Max, ADC; R. Dobbs, Deputy Chief Director, ADC, Central Office; Curl, Sergeant, Classification Varner Super Max; A. Jones, Treatment Coordinator ADC, Varner Super Max; F. Allen, Education Coordinator ADC, Varner Super Max; E. Scott, Classification ADC, Varner Super Max, Appellees.

No. 02–3566.

United States Court of Appeals,
Eighth Circuit.

Submitted March 6, 2003.

Decided March 11, 2003.

Before HANSEN, Chief Judge,
MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Walter Walton appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons explained by the district court: Walton's due process claim is barred by *Sandin v. Conner*, 515 U.S. 472, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Walton's pending motion.

---

[1] The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.